1

2

3                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
4                                    AT SEATTLE

5   F. STUART WESTMORLAND,

6                Plaintiff,

7        v.                                      No. C07-1435MJP

8   MICHELE WESTMORLAND,                         MINUTE ORDER

9                Defendant.

10

11       This minute order is made at the direction of the Court, the Honorable Marsha J. Pechman,

12  United States District Judge:

13       On September 13, 2007, Plaintiff filed his complaint. (Dkt. No. 1.)  On September 26, 2007,

14  Plaintiff filed a motion for summary judgment. (Dkt. No. 4.)  Defendant has not yet answered or

15  otherwise appeared.  Because less than twenty days have passed since the filing of Plaintiff's

16  complaint, the motion for summary judgment is premature.  Under Federal Rule 56(a), a motion for

17  summary judgment brought by the Plaintiff may be brought "at any time after the expiration of 20 days

18  from the commencement of the action ...." Fed. R. Civ. P. 56(a).  In addition, it appears that Plaintiff

19  did not serve the motion on Defendant, as required by Federal Rule 5(a).  No proof of service, as

20  required under Local Rule 5(f) has been provided to the Court.

21       Because the motion is premature, the Court STRIKES the motion without prejudice to

22  Plaintiff refiling the motion in compliance with all applicable federal and local rules.

23       Dated this 27th day of September, 2007.

                                            BRUCE RIFKIN, Clerk
24                                          By /s/ Mary Duett
                                            Deputy Clerk
25

MINUTE ORDER - 1